FILED
08/05/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert, Plaintiff<br><br>-against-<br><br>Jason Goodman,<br><br>21st Century 3D<br><br>CrowdSource The Truth<br><br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia |

### NOTICE OF CHANGE OF ADDRESS

The *pro se* Plaintiff (undersigned) files these papers to change his address to the new address below.

1522 VANCE AVENUE

FORT WAYNE, INDIANA 46805

Signed August 5, 2023

*[signature: D. Swt]*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
1522 Vance Avenue
Fort Wayne, Indiana 46805

1