THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

ANK

INDIANAPOLIS IN 460

FILED 29 SEP 2023 PM

OCT 13 2023

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

( 1:23-cv-1228 )
D.G. SWEIGERT
1522 Vance Avenue
Fort Wayne IN 46805

UNITED STATES POSTAGE
PITNEY BOWES
02 1P         $ 000.87⁰
0000946371    SEP 28 2023
MAILED FROM ZIP CODE 46204

NIXIE          462    7E 1           0210/10/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK   RC: 46204199999      *1817-00074-78-36