UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| D.G. SWEIGERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01228-JRS-MG |
| | ) | |
| JASON GOODMAN, | ) | |
| 21ST CENTURY 3D, | ) | |
| CROWDSOURCE THE TRUTH, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Extending Deadline**

A Notice of Deficiency was entered in this case, giving Plaintiff time in which to either pay the $402 filing fee for this action or demonstrate that he lacks the financial ability to do so by filing a motion for leave to proceed without the prepayment of the filing fee (in forma pauperis). The postal service attempted delivery at the address for Plaintiff then on file with the Clerk, but was unable to deliver the Notice. Meanwhile, Plaintiff provided notice of a change of address. In the interest of justice, the Court **extends** the deadline for Plaintiff to either pay the $402 filing fee or demonstrate a financial inability to do so until **November 13, 2023.**

The Clerk **shall send** Plaintiff a copy of the Notice of Deficiency, (ECF No. 7), and the attached form request to proceed without prepaying the filing fee along with this Order.

**SO ORDERED.**

Date: 10/17/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

D.G. SWEIGERT
514 Americas Way
Box Elder, SD 57719