INSD Pro Se Civil (unrelated to imprisonment) IFP d. ct. 3/23

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

|  |  |
|---|---|
| _____ ) | Case No.  1:23-cv-1228-JRS-MG |
| ) | _____ |
| ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) |  |
| ) |  |
| **-v-** ) |  |
| ) |  |
| _____ ) |  |
| *Defendant(s)* ) |  |

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Non-prisoner IFP d. ct. 3/23

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.** **Personal Information**

1) Are you employed? ☐ Yes ☐ No

2) Are you married? ☐ Yes ☐ No
   If "Yes," is your spouse employed? ☐ Yes ☐ No

3) Do you have any dependents that you are responsible for supporting?
   ☐ Yes ☐ No
   If "Yes," provide the total amount of support paid each month: $ _____

**II.** **Income** - If you are married, your answers *must include your spouse's income.* *(*When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.*)*

1) State your total *monthly* wages or salary? $ _____

2) Provide the name and address of your employer(s):
   _____

3) State your spouse's total *monthly* wages or salary? $ _____

INSD Pro Se Civil Non-prisoner IFP d. ct. 3/23

4) State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

Source of income                                                          Amount

_____        $ _____

_____        $ _____

**III.** **Expenses** - If you are married or have dependents, *your expenses should also include your household's expenses.*
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

   ☐ Rent or   ☐ Mortgage                  $ _____

   Car payment(s)                          $ _____

   Alimony or court-ordered child support  $ _____

   Credit card payment(s)                  $ _____

2) Do you have any other *monthly* expenses that you have not already listed?
   ☐ Yes     ☐ No

   If "Yes," list them below:

   Expense                                                              Amount

   _____        $ _____

   _____        $ _____

   _____        $ _____

INSD Pro Se Civil Non-prisoner IFP d. ct. 3/23

3) What are your total *monthly* expenses?   $_____

**IV. <u>Property</u>** - If you are married, your answers must *include your spouse's property.*

1) Do you own a car? [x] Yes   [ ] No   If "Yes," list car(s) below:

   <u>Make and Model</u>                          <u>Year</u>        <u>Approximate Current Value</u>

   _____     __ _____     $_____

   _____     __ _____     $_____

2) Do you own your home(s)?   [ ] Yes   [ ] No

   If "Yes," state the approximate value(s). $ _____

   What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?           $ _____

3) Do you have any cash or checking, savings, or other similar accounts?
   [ ] Yes   [ ] No

   If "Yes," state the total of such sums.   $_____

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

   [x] Yes   [ ] No

   If "Yes," describe the property and the approximate value(s).

   _____

**V.    Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

I,_____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

_____          _____
Date                                                                  **Signature - Signed Under Penalty of Perjury**