23-cv-01228-JRS-MG

SWEIGERT vs. GOODMAN

ENCLOSED FIND MONEY ORDER FOR $402.00

**FILED**
11/09/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk