

**FILED**
NOV 09 2023
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

**MAILING ENVELOPE**
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**GUARANTEED* ▪ TRACKED ▪ INSURED**

---

 E

U.S. POSTAGE
$28.75
PME 1-DAY
95827
Date of sale
11/08/23
02    6W   SSK
9819560519

**PRIORITY MAIL EXPRESS 1-DAY®**

D G SWEIGERT      PMB 13339      1.70 oz
514 AMERICAS WAY
BOX ELDER SD  57719                RDC 07

WAIVER OF SIGNATURE REQUESTED
SCHEDULED DELIVERY DAY: 11/09/23 06:00 PM

SHIP
TO:
(317) 229-3700
CLERK O COURT
US DISTRICT COURT
46 EAST OHIO STREET
INDIANAPOLIS IN 46204

*UNITED STATES MARSHAL — PACKAGE SCREENED BY MAGNETOMETER*



**USPS TRACKING® NUMBER**



9570 1066 8516 3312 4745 78

