## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br><br>      -against-<br><br>Jason Goodman,<br><br>21st Century 3D<br><br>CrowdSource The Truth<br><br>PATREON, INC.<br>*A Delaware Corporation*<br><br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia<br><br>**FILED**<br><br>**11/11/2023**<br><br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>Roger A.G. Sharpe, Clerk |

## AMENDED COMPLAINT FOR DAMAGES

### [JURY TRIAL DEMANDED]

---

The *pro se* Plaintiff (undersigned) files these papers as a complaint for damages.

Signed November 11, 2023  (11/11/2023)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

1

## AMENDED COMPLAINT

NOW COMES THE PLAINTIFF D. G. SWEIGERT to provide this Honorable Court with an amended complaint for damages in excess of $75,001.00 that describes Article III damages in which a jury trial is demanded.

This is an action for right of publicity violation, conversion, unjust enrichment and a civil action under the Indiana Crime Victims Act (ICVA).  Additionally, Plaintiff herein asserts claims for injuries suffered for violations by the Defendants of the common law right to privacy and for appropriation of the likeness and name of George H. Sweigert, and for violations of the federal Lantham Act, 15 U.S.C. Sec. 1125(a) and the Plaintiff's rights under Indiana's statutory protection for the right of publicity, Indiana's right of publicity statute, Ind. Code § 32-36-1-8(a).

In sum, this legal action is about a social media conspiracy theorist's unauthorized use of the likeness and name of a deceased interstate personality George H. Sweigert for commercial use. Defendant Jason Goodman, using his shell companies known as 21st Century 3D and CrowdSource The Truth.

## **PARTIES**

1.      DEFENDANT JASON GOODMAN, 252 7th Avenue, Apartment 6-S, New York N.Y. 10001.  Defendant Goodman has a litigation history playing legal flipflop between two (2) entities; (a) as the sole owner of Multimedia System Design, Inc. (M.S.D.I.), which has

obtained an assumed name certificate as (b) 21st Century 3D in New York State (see Twitter handle @21C3D).

2.       At all times alleged herein Goodman is/was exercising and discharging his duties as a representative of M.S.D.I. / 21st Century 3D (aka Agent Goodman), or in his own personal benefit, Goodman engaged in a for profit enterprise known as CrowdSource The Truth (CSTT), an interchangeable phrase with 21st Century 3D, and/or M.S.D.I. (aka enterprise).

### CROWDSOURCE THE TRUTH - Trademark Information

By Multimedia System Design, Inc 

The CROWDSOURCE THE TRUTH trademark was assigned a Serial Number #87752970 – by the United States Patent and Trademark Office (USPTO). Trademark Serial Number is a Unique ID to identify the CROWDSOURCE THE TRUTH mark in USPTO. The CROWDSOURCE THE TRUTH mark is filed in the category of Education and Entertainment Services . The legal correspondent for CROWDSOURCE THE TRUTH trademark is MULTIMEDIA SYSTEM DESIGN, INC, 252 7TH AVENUE, 6S NEW YORK, NY 10001 . The current status of the CROWDSOURCE THE TRUTH filing is **REGISTERED**.

Based on Multimedia System Design, Inc, the CROWDSOURCE THE TRUTH trademark is used in the following business: Providing on-line videos featuring news in the nature of current event reporting, not downloadable .

https://www.trademarkelite.com/trademark/trademark-detail/87752970/CROWDSOURCE-THE-TRUTH

3.       M.S.D.I. has been sued as a legal entity in the S.D.N.Y. action *The National Academy of Television Arts and Sciences, Inc. et al v. Multimedia System Design, Inc.,* 20-cv-07269-VEC-OTW, Hon. Valerie E. Caproni, presiding.

4.       In *NATAS vs. MSDI* presiding judge Caproni remarked M.S.D.I. "*traffics in wild conspiracy theories,*" (id., 2021 WL 3271829, at *1 (S.D.N.Y. July 30, 2021)).  Judge Caproni also observed at an October 25, 2021 show cause hearing for Goodman's alleged contempt of court, "*this sounds like Q-Anon*".

5.       Goodman is sued in his personal capacity and as an agent for 21st Century 3D and/or M.S.D.I.

6.    **PLAINTIFF D. G. SWEIGERT.**  At all times described herein, the Plaintiff is a *pro se* non-attorney layman that has suffered Article III injuries and damages and seeks redress in the federal courts.  The Plaintiff, an Honorable Discharged U.S. Air Force veteran, has 100% control of the publicity rights of George H. Sweigert which are transferrable and inherited.

7.    **DEFENDANT PATREON, INC.** is a Delaware Corporation headquartered at 600 Townsend Street, Suite 500, San Francisco, California 94103.   Patreon, Inc. operates a private Internet social media reputation destruction network with its content provider partner Jason Goodman, who is the proprietor of several on again off again businesses in New York City.   The business model of Patreon encourages single-purpose accounts and channels that foment hate speech and reputation destruction for profit.   They are hereby sued for their reckless and negligent supervision of Mr. Goodman's activities as part of their pay-for-view services.

## JURISDICTION AND VENUE

8.    This is a diversity case with at least $75,001.00 in damages due to the Article III damages suffered at the hands of the Defendant's enterprise and the agent of the enterprise Goodman, to include damage to professional reputation, business disparagement, negligent infliction of emotional distress and other damages.  Restated, Goodman acts in his personal capacity at times, and as Agent Goodman for the private virtual enterprise CrowdSource The Truth (CSTT).

9.    Indiana consumers access public CSTT solicitations, fund raising and advertising from Internet-based social media podcasts.  CSTT enticements (false advertising) to subscribe to pay-per-view PATREON, INC. (patreon.com) defraud Indiana consumers who actually do subscribe with credit card payments.  These Indiana consumers expect to review and watch a "fact

checking service" that is fact based.  It is not.  The transmission of these video files to interstate communications servers (such as Patreon.com) demonstrate cross-state electronic commerce.

10.     This Court has federal question jurisdiction over this action under 28 U.S.C. § 1331 because Plaintiffs allege violations of the federal Lanham Act, 15 U.S.C. §1125(a), et seq., violations of the Federal Trade Commission Act, 15 U.S.C. § 45(a), which prohibits "unfair or deceptive acts or practices in or affecting commerce" and ancillary state pendant claims such as appropriation of likeness and name, defamation, common law invasion of privacy by appropriation, and Indiana Code § 32-36-1-0.2, et. seq.

11.     Plaintiff seeks to enforce his rights under Indiana common law of unjust enrichment, entitling Plaintiff to an award of damages, equitable remedies, injunctive relief, costs and attorney's fees, and all such other relief as is just and proper as requested herein.

### FACTS COMMON TO ALL COUNTS

12.      Without Plaintiff's consent, Defendant Jason Goodman has made unauthorized use of images and likenesses in various commercial advertisements to promote his social media conspiracy business interests in violation of the Plaintiff's rights as the Plaintiff possesses 100% control of the interests of the interstate personality George W. Sweigert, inventor of the cordless telephone (see Cleveland Plain Dealer article May 2, 1965), recognized under Indiana statutory law and other rights under federal and state law and for which the Plaintiff is entitled to damages, attorneys' fees, injunctive relief and other relief directed by the Court.

13.     In violation of the Indiana State Statutory Publicity Statute (Ind. Code § Sec. 32-36-1-0.2 et. seq.), Defendant Goodman published gross falsehoods with actual malice concerning the claim that George H. Sweigert is the holder of the patent for the modern-day "cordless phone" and that George H. Sweigert was a traitor during World War II and aligned himself with the

Nazis of Germany, although George H. Sweigert was a Staff Sergeant in the Ohio National

Guard 37th Division fighting in battles of the South Pacific (to include Guadalcanal).  See

https://en.wikipedia.org/wiki/George_Sweigert  There is no news value to such grotesque

distortions of reality that broadcast via the Internet to consumers in Indiana via Twitter.Com

and YouTube.Com, to name a few mediums.

14.    For commercial benefit, Defendant Goodman engaged in the foregoing deceptive acts

for fund-raising from Indiana consumers and used commercial solicitations to consumers to

become paying subscribers on pay-per-view channels.

15.    Defendant Goodman had and has no authorization, consent, permission, or legal

authority to use, alter, or otherwise incorporate images of Plaintiff's father into Defendant's

advertisements for Defendant's fund-raising activities.

16.    Defendant's advertisements used images and name of George H. Sweigert.

17.    Plaintiff would not choose to advertise or promote Defendant's fund-raising activities at

all as being affiliated with Defendant's fake news disinformation social media channels would

injure Plaintiff's father's reputation.

18.    Plaintiff also alleges that Defendant Goodman, operating through his companies, or in

his personal capacity has committed three property crimes with respect to its publicity rights,

Ind. Code § 35-43-4-3; theft, Ind. Code § 35-43-4-2;12 and deception, Ind. Code § 35-43-5-3.

19.    Plaintiff's rights under Indiana common law of unjust enrichment, entitle Plaintiff to an

award of damages, equitable remedies, injunctive relief, costs and attorney's fees, and all such

other relief as is just and proper as requested herein.

20.    In violation of Indiana's Right to Publicity Act, Ind. Code Ann Sec. 32-36-1-8, Mr.

Goodman publishes vile falsehoods about the undersigned's father on the Twitter account

"GHenryDickFace" and embedded in video podcasts on pay-per-view PATREON.COM.

21.    Mr. Goodman's character assassination publications are designed to disgrace the

military service of George H. Sweigert, Staff Sergeant, U.S. Army with service in World War II

in the South Pacific at Guadalcanal, Bougainville, the Fiji Islands, the liberation of Manilla,

New Guinea and other combat operations involving the 37th Division of the U.S. Army.  SSgt.

Sweigert received the Combat Infantry Badge

(https://en.wikipedia.org/wiki/Combat_Infantryman_Badge) for his service.  The plaintiff is the

heir to George H. Sweigert who died while domiciled in Fort Wayne, Indiana in 1999.



**https://twitter.com/GHenryDickface**





22.    George H. Sweigert, who was an instructor at the Fort Wayne campus of the Indiana

Vocational Technical Institute for over five years, and is the undisputed holder of the U.S.

Patent granted for the invention of the cordless telephone.

In 1966, George Sweigert applied for a patent more or less describing the technology behind
cordless communications. Serving as a radio operator in the Second World War, he conceived of
the device for military purposes in order to improve battle field communications. While his
patent was important in the development of the cordless phone, a patent granted in 1977 would
put the whole puzzle together for the cordless phone interface, describing cordless
communications and a control system to handle the phones functions.

https://ligo.co.uk/blog/brief-history-cordless-
phone/#:~:text=The%20First%20Cordless%20Phone%20on%20the%20Market&text=This%
20simple%20device%20connected%20a,the%20technology%20behind%20cordless%20com
munications.

# George Sweigert

Article   Talk

From Wikipedia, the free encyclopedia

**George H. Sweigert** (1920–1999) is credited as the first inventor to patent the cordless telephone.[1]

Born in Akron, Ohio, Sweigert served five years in the US Army as a radio operator in World War II in Guadalcanal, Bougainville, Fiji and New Georgia assigned to the 145th Headquarters Company under the 37th Infantry Division (United States). Following the war, Sweigert attended Bowling Green State University near Toledo, Ohio.

Sweigert credited his military experience for invention of the cordless telephone, citing experimentation with various antennas, signal frequencies, and types of radios.

## Radio telephone   [ edit ]

With the patent application submitted on May 2, 1966 to the US Patent and Trademark Office, Sweigert submitted a working model of the phone in addition to the required description.[2] A *Cleveland Plain Dealer* article, published shortly after the patent was filed, documented the first public demonstration of the cordless phone with a picture of the device and the inventor.[citation needed]

https://en.wikipedia.org/wiki/George_Sweigert

23.    Goodman is openly hostile and disrespectful to the U.S. military and often states that Adolf Hitler should have had his own YouTube channel, which showcases his alignment with the white supremacy movement and Neo-Nazi alt-right groups.  A sampling of his Tweets are shown below.











**GeorgeHenryDickfaceParody** @GHenryDickface · Jun 14
Dead Nazi traitor George Henry Dickface would be so proud his mentally ill, wife swapping sons are FBI UCOs He'd still punch Dave in the face & make him sleep in the dog sh!t. He got pleasure from David's pain because he hated him so much. He was a psychopath, he bred psychopaths



**GeorgeHenryDickfaceParody** @GHenryDickface · Jun 11
Schizophrenic serial child abuser, Nazi sympathizer, and professional dickface GeorgeHenry raised two cunts.  He rots in hell as I type this.



**GeorgeHenryDickfaceParody** @GHenryDickface · Jun 11
once Apple releases the #VisionPro AR headset, interested viewers will be able to experience first hand exactly what it was like to be punched HARD in the face by Nazi traitor George Henry (professional dickface).  Self urination will be up to the user. #GoToYourChamber



**GeorgeHenryDickfaceParody** @GHenryDickface · Jun 10
It is easy to understand why George Henry so enjoyed punching David in the face and humiliating him while making him bleed and cry.  David is as stupid as they come and that was unacceptable to George.  He hated David because he was such a disappointment.
#GoToYourChamber



**GeorgeHenryDickfaceParody** @GHenryDickface · Jun 4 · · ·
George Henry was a schizophrenic serial child abuser and Nazi sympathizer. Someone should write a book about how truly psychotic this disgusting individual was. The world would have been a far better place had this miscreant been killed in action.

🗨 1          ⇄          ♡          ᴫ 92          ⬆



**GeorgeHenryDickfaceParody** @GHenryDickface · May 29 · · ·
On this memorial day, we should remember dead schizophrenic serial child abuser and suspected Nazi traitor George Henry Sweigert. Patriots lament the fact that this psychopath wasn't killed in action.

🗨 3          ⇄          ♡          ᴫ 139          ⬆



**GeorgeHenryDickfaceParody** @GHenryDickface · May 3 · · ·
if anyone has any super 8 film of George Henry punching David in the face and making him cry like a little sissy b*tch please DM me

🗨 3          ⇄          ♡          ᴫ 136          ⬆



**GeorgeHenryDickfaceParody** @GHenryDickface · Apr 23 · · ·
April is a good month to remember George Henry Sweigert was a mentally ill serial child abuser who produced dangerous, abusive offspring that should be incarcerated for their own safety & that of those around them. Thankfully George Henry is now dead he was a disgraceful criminal



**GeorgeHenryDickfaceParody** @GHenryDickface · Apr 16    ...
The earth would be a better place today if a German bomb had killed George Henry Sweigert in a trench in Europe. He would be little more than a stain now which is all he was anyway. Total loser, couldn't even hold on to his patent. #Psychopath

♡        ⟲        ♡          �ⅈⅼⅰ 83          ⇧



**GeorgeHenryDickfaceParody** @GHenryDickface · Apr 16    ...
this account is dedicated to criticizing the dead, despicable public figure that is the evil serial child abuser, George Henry Sweigert. His legacy leaves a black stain on the U.S. Military and America at large

♡        ⟲        ♡          ⅈⅼⅰ 43          ⇧



**GeorgeHenryDickfaceParody** @GHenryDickface · Feb 25    ...
Someone else would have invented the full duplex radio telephone, in retrospect it's obvious. The world would be a better place if the Nazis had killed GHDF. He was a mentally ill child abuser and the stain of his wretched existence darkens the earth to this day.

♡        ⟲        ♡          ⅈⅼⅰ 71          ⇧



**GeorgeHenryDickfaceParody** @GHenryDickface · Feb 25    ...
George Henry Dickface was a disgraceful mentally ill child abuser by his own son's admission. He is not a hero. He is an unprosecuted criminal. This parody account is dedicated to criticizing his awful behavior & reminding you that the world is a better place now that he is dead

♡        ⟲        ♡          ⅈⅼⅰ 82          ⇧



**GeorgeHenryDickfaceParody** @GHenryDickface · Nov 19, 2022    ...
The 1st amendment protects this parody account's criticism of a dead psychotic scumbag Nazi traitor who was a public figure & filled up the world with progressively defective offspring. 47 U.S.C. § 230 protects @twitter from vexatious defective offspring. #ToYourChamber



24.    Besides the foregoing Twitter "tweets", Mr. Goodman makes verbal statements of fact in the CSTT podcasts.  To include:

- SSgt Sweigert is a covert member of OPERATION PAPERCLIP, a clandestine program to transfer scientists and technical experts of the Third Reich to military, academic and aerospace funded programs after the defeat of Adolf Hitler in 1945, according to Mr. Goodman's "research".

- That George H. Sweigert was a schizophrenic who was under pharmaceutical care for same, according to Mr. Goodman's "research".

- That George H. Sweigert was a member of the Nazi party while serving in combat operations in the South Pacific, which Mr. Goodman claims that the correct theatre of operations was Europe, stating that SSgt. Sweigert was deployed into the European Area of Operations, according to Mr. Goodman's "research".

- The full duplex radiotelephone communication technology patented in 1969 by George H. Sweigert, was not learned from combat radio operations in the South Pacific, but was given to him by German NAZI scientific staff for German communications systems, according to Mr. Goodman's "research".

- Etc.

25.     Goodman pushes "facts" and "research" in his so-called private Internet "enterprise" consisting of a dozen "valuable" social media properties, such as accounts on Twitter, YouTube, Patreon, Rumble, BitChute, Odysee, SubscribeStar, etc.  Mr. Goodman asserts that these properties are owned, controlled or operated by either Goodman or his fictional d/b/a "21st Century 3D" an assumed named assigned by the Secretary of State for New York State (NYS) to Goodman's Multimedia System Design, Inc. (M.S.D.I.).  The enterprise has a corporate entity (M.S.D.I.) and a brand identification (CSTT).

### The Defendants' CrowdSource The Truth CSTT Enterprise

26.     CrowdSource The Truth (aka Defendant's enterprise) is a for profit enterprise that is promoted as a "fact checking service" that is engaged in "conducting investigations" and gathering evidence for "criminal prosecutions".  This "business" relies on many non-revenue producing social media sites such as Rumble, BitChute, YouTube to distribute general public relations and awareness for the profit producing sites known as Patreon, SubScribeStar and Odysee.  https://www.subscribestar.com/crowdsourcethetruth ,

https://www.patreon.com/crowdsourcethetruth ,

https://odysee.com/@Crowdsourcethetruth:d?view=membership

27.     Defendant Goodman routinely uses M.S.D.I. / 21st Century 3D to violate the terms of service of social media providers while discharging his duties as an agent for M.S.D.I. and 21st Century 3D which have led to the suspension and/or termination of several social media accounts controlled by M.S.D.I. and/or 21st Century 3D.  To this end, Mr. Goodman maintains proxy accounts to work around account bans and terminations (aka ban evasion) on a myriad of electronic Internet servers, collectively known as the "CrowdSource The Truth CSTT" (aka the Defendants CSTT enterprise, the collective of inauthentic social media proxy accounts co-

mingled with supposed "legitimate" accounts").  Caveat:  Plaintiff is aware that the Defendant

presently maintains four (4) proxy Twitter accounts: https://twitter.com/csthetruth ,

https://twitter.com/cheburashka1964 , https://twitter.com/GHenryDickface and

https://twitter.com/counterspoliat1 .

28.    Mr. Goodman uses a two staged approach to receive monies from unsuspecting Indiana

consumers.  There is a (1) public component (13 social media properties accessible by the

general public with no user authentication) and (2) the private Internet component accessible

after user authentication on a subscriber / membership basis.  The public broadcasts (stage one)

serve as an advertising (false advertising) and a promotional device (analogous to a book cover

or book wrapper), while the for-profit subscriber content is private (stage two) (analogous to

viewing the actual book content) after a recurring credit card payment schedule is established

(e.g. $10.00 a month).  The private (stage two) video service allows Goodman to slander and

defame his targets behind a so-called credit card "paywall".



https://www.youtube.com/channel/UC2lcaABsK-5OFfYb6P9nP3Q

29.    YOUTUBE.COM, RUMBLE.COM and other publicly accessible social media sites

(stage one) are used by M.S.D.I., 21st Century 3D and/or Goodman to solicit (false advertising)

memberships to credit card holders (stage two) with an enticement to obtain authenticated user accounts on the PATREON (stage two) Internet site.



https://www.youtube.com/watch?v=qTuXPFoZERk

*Crowdsource the Truth 5*

*9.59K subscribers*

*SUBSCRIBE*

*Webb of lies falls apart as "David v Goliath" CNN case gets dismissed six ways to Sunday.*

*subscribe to Crowdsource the Truth on Rumble - https://rumble.com/user/csthetruth*

*subscribe to Crowdsource the Truth on Odysee - https://odysee.com/@Crowdsourcethetru...*

*Please sponsor the Crowdsource the Truth Counterlawfare Fund at*

*http://www.crowdsourcethetruth.com.*

*Become a sponsor & enjoy exclusive content on SubscribeStar & Patreon*

*Get a FREE 3-Day trial at http://www.subscribestar.com/crowdsou...*

*http://www.patreon.com/crowdsourcethe...  http://paypal.me/crowdsourcethetruth*

*Visit http://www.crowdsourcethetruth.com*

https://www.youtube.com/watch?v=qTuXPFoZERk

***Unfair Trade Practices and Business Libel by the Defendants' CSTT Enterprise***

30.     Whether they are public (stage one) announcements (false advertising) and private credit card (stage two) podcasts, Goodman, who with actual malice, spreads smears of criminal conduct, mental illness, accusations of grotesque behavior, etc. against the Plaintiff (and others) that are materially false to generate interest in his broadcasts.

31.    Commencing in July 2021 and continuously occurring to the present, Defendant

M.S.D.I. / 21st Century 3D's Goodman, has maliciously published fact statements regarding a

criminal conspiracy (defamation by implication) about the Plaintiff.

32.    Below are recent examples (January 2023) of Goodman's Twitter "tweets" via various

Twitter accounts controlled by M.S.D.I. / 21st Century 3D.



https://twitter.com/GHenryDickface/status/1588618185498296320



https://twitter.com/GHenryDickface/status/1588618544660742144



https://twitter.com/counterspoliat1/status/1609706501727465474



https://twitter.com/counterspoliat1/status/1609704685375737856



https://twitter.com/counterspoliat1/status/1609704392512372737

33.    George H. Sweigert's name, image and persona (violation of right to privacy) have been used as part of a long-term false advertising campaign for thirty six (36) months for the "fact checking service" provided by CSTT to lure and entice Indiana consumers to the Defendant's "pay-wall" videos available at PATREON, INC. (patreon.com)

34.    Defendant 21st Century 3D / Agent Goodman and/or Goodman personally, have acted in an extreme and outrageous manner with actual malice to accuse the George H. Sweigert of criminal conduct under a false advertising campaign.

35.    Below is a representative sample of the privatized version of the podcast content.



https://www.patreon.com/posts/counter-lawfare-53141470

36.    Mr. Goodman's YOUTUBE.COM video podcasts are in fact, an advertisement device to lure Indiana consumers to the privatized videos on PATREON.INC. (patreon.com)  Videos distributed via social media by the Defendant's CSTT enterprise assert that "investigations" are conducted as a COUNTER LAWFARE initiative.

## FIRST CAUSE OF ACTION
## GROUNDS FOR PERMANENT INJUNCTION

### Misappropriation of Right of Publicity Against Defendant
### To include violations of Ind. Code. Ann Sec. 32-36-1-8

37.    Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 36, inclusive, as if fully restated herein.

38.    The conduct the enterprise (21st Century 3D / M.S.D.I.) via Agent Goodman, as alleged hereinabove, under the CrowdSource The Truth trademark, constitutes a knowing and unauthorized use of the George H. Sweigert's name, likeness, photograph and name for commercial purposes, which have substantial commercial value.  Defendant's CSTT enterprise used George H. Sweigert's name, photograph, and likeness knowingly and deliberately, without

the prior consent of any of the Plaintiff.  Defendant Goodman used George H. Sweigert's name, photograph, and likeness knowingly and deliberately, without the prior consent of the Plaintiff

39.    Plaintiff has suffered actual damages as a result of Defendant's CSTT enterprise deliberate use of his father's names, photograph, and likeness on advertisements and other types of solicitations for goods or services (e.g. promotion of PATREON subscriptions).  Plaintiff has suffered actual damages as a result of Defendant's CSTT enterprise deliberate use of George H. Sweigert's names, photograph, and likeness on advertisements and other types of solicitations for goods or services (e.g. promotion of PATREON subscriptions).  Defendant's CSTT enterprise engaged in outrageous conduct, carried on with willful and conscious disregard of the rights of George H. Sweigert.  Each such use was unequivocally and directly for purposes of advertising or selling or soliciting purchases of subscription services by Goodman /-21st Century 3D such that prior consent was required.

40.    Defendant's CSTT enterprise most lucrative use of George H. Sweigerts' name, photograph, picture, portrait and/or likeness, appears to be through Defendant's CSTT enterprise podcast, on PATREON, wherein Defendant solicits fees from their "patrons" or fans, to access their podcasts, which are principally based on using George H. Sweigerts' name, photographs, pictures, portraits and/or likenesses, as punching bags, and the basis of their shows, and the content therein.

41.    Defendant's CSTT enterprise used George H. Sweigert's name, photograph, picture, portrait and/or likeness in numerous ways, to advertise, solicit, and promote their business to tens of thousands of listeners, fans, and consumers; and on a variety of formats, and popular digital platforms, including, but not limited to: PATREON, Facebook, YouTube, Twitter, Periscope, Bit-Chute, SubscribeStar, and countless others.

42.    In sum, this is considered "click-bait", or the use of a persona's persona to attract viewers to "click" on the podcast advertisement thumbnail (displayed in Google, LLC and YouTube, LLC search results).

43.    Defendant's CSTT enterprise operating at the direction of Goodman, under the CrowdSource The Truth trademark, have made purely profit driven commercial video content, transmitted over the Internet wires, with George H. Sweigert's likeness available on the PATREON podcast subscription credit card "pay for view" website.  Such commercial content that attempts to establish a non-existent relationship with the Plaintiff does not qualify for the newsworthy privilege exemption.

44.    All of these tortious video productions are displayed for view to the general public using an Internet browser to access video podcast content via Internet networked servers that are maintained on-line by entities that operate public social media platforms in the jurisdiction of this Court (e.g. PATREON, INC, etc.).

45.    The foregoing described conduct demonstrates the manner in which the Defendant has violated the privacy of the Plaintiff.

### SECOND CAUSE OF ACTION

#### Public Disclosure of Private Facts -- against Defendant

#### Violations of Right to Privacy and False Light against Defendant

46.    Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 45, inclusive, as if fully restated herein.

47.    Defendant's CSTT enterprise, as directed by Agent Goodman, used George H. Sweigert's' name, photograph, picture, portrait and/or likeness, without Plaintiff's written consent, within the state of Indiana, for purposes of advertising or trade.  Defendant's CSTT

enterprise use of George H. Sweigert's name, photograph, picture, portrait and/or likeness, was a use in, or as part of, an advertisement or solicitation for patronage.

48.    Defendant's CSTT enterprise (each of them) published with malice, over the Interstate wires, and republished George H. Sweigert's name, photograph and/or likeness in multiple formats, including their own promotions and advertisements, websites, social media platforms.

49.    Defendant's CSTT enterprise (each of them) use of George H. Sweigert's name, photograph, image and/or likeness (violation of privacy and false light) – on countless occasions and in numerous formats - is clearly a recognizable likeness of George H. Sweigert and is readily identifiable by someone familiar with him.

50.    This tort can be described as, "One who gives publicity to a matter concerning the private life of another is subject to liability to the other for invasion of his privacy, if the matter publicized is of a kind that (a) would be highly offensive to a reasonable person, and (b) is not of legitimate concern to the public." (Rest.2d Torts, § 652D.)

51.    Plaintiff claims that Defendant's CSTT enterprise (each of them) violated George H. Sweigert's right to privacy by his tortious conduct by the publicized private information concerning the George H. Sweigert, (false light) that a reasonable person in George H. Sweigert's position would consider the publicity highly offensive.

52.    That Defendant's CSTT enterprise (each of them) acting via their Agent Goodman knew, or acted with reckless disregard of the fact, that a reasonable person in Plaintiff's position would consider the publicity highly offensive, that the private information was not of legitimate public concern (or did not have a substantial connection to a matter of legitimate public concern).

53.    That the Plaintiff was harmed, and that the Defendant's CSTT enterprise actions via Agent Goodman's conduct, acting with actual malice, was a substantial factor in causing Plaintiff's harm.

54.     The Defendant's CSTT enterprise (each of them) acting in the scope of its authority, released private information about the Plaintiff that was made public by either communicating said information via social media accounts controlled by the Agent Goodman of the Defendant's CSTT enterprise.

55.     Such social media accounts to include Twitter, YouTube, PATREON, SubscribeStar, Vimeo, Banned.Video, Facebook, BitChute, Periscope, etc.  These social media services were used to obtain commercial value by the morbid and sensational prying into private life of the Plaintiff for the sake of financial reward.

## THIRD CAUSE OF ACTION

### Negligent Infliction of Emotional Distress  -- Against Defendants

56.     Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 55, inclusive, as if fully restated herein.

57.     Plaintiff claims that Defendant's CSTT enterprise (each of them) conduct caused him to suffer severe emotional distress due to the recruitment of "gang stalkers" (sufferers in the search for validation from their peers who desire to replace their unnerving emotion of diffuse fear with a determined and righteous anger) for the purposes of attacking the Plaintiff as the "son of a Nazi".  That the conduct of the Defendant's CSTT enterprise (each of them) were in reckless disregard to the probability that Plaintiff would suffer emotional distress, and that the Defendant's CSTT enterprise (each of them) intended to cause emotional; distress with his outrageous conduct which was a substantial factor in causing Plaintiff's severe emotional distress.

58.

## FOURTH CAUSE OF ACTION

### False Advertising – Against Defendant

### Violations of Lanham Act, 11 U.S.C. § 1125(a). Section 1125(a)

59.    Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 57, inclusive, as if fully restated herein.

60.    That the Defendant's CSTT enterprise (each of them) engaged in the deceptive and false advertising concerning video podcasts available under CrowdSource The Truth brand, which are nothing more than hoax journalism and are not to be considered – in any way – to be truthful.  This commercial speech, advertising in disguise, is designed to lure the general public to the PATREON, INC, page via the use of false, deceptive and misleading advertising.  These false misrepresentations are designed to deceive the public at large in Indiana, as a reasonable consumer would assume that fact-checking and vetting is taking place as advertised.  In the mind of a reasonable Indiana consumer CrowdSource The Truth is a fact checking truth engine that relies on the crowd to vet facts.

61.    The "ABOUT US" definitions of CrowdSource The Truth that appears at https://www.patreon.com/crowdsourcethetruth are misleading, deceptive and designed to lure uniformed consumers; quoting in relevant part:

> About Crowdsource The Truth
> Crowdsource The Truth is an Open Source Fact Checking "Truth Engine" and political social media movement.  We gather and disseminate raw intelligence and present it to our constantly expanding network of human brains for vetting, analysis and assessment.  Crowdsource the Truth focuses on examining current events, public policy, history, truth in media and other topics of interest.  Members work together to collect and analyze data from around the web and around the world. Together, we will do our best to determine what is fact and what is fiction. Everyone is invited to participate but of course no one is required to.  If you see something you disagree with, challenge it with stronger evidence and logic or simply tune it out. This group is an Autocratic Democracy, to borrow some Orwellian doublespeak from

> those I wish to examine. I run it, but of course if the group dislikes my
> decisions the project will fail. All decisions will be subjected to group
> consensus. If anyone doesn't like the direction, please suggest a change or feel
> free to bow out."

62.    The foregoing statement is entirely false and designed to deceptively entice members of

the consuming public in Indiana to provide credit card donations (as "patrons") to the

Defendant's companies (CSTT enterprise) and Agent Goodman.  There is no fact checking,

issues are not vetted by the community, there is no examination of "evidence", etc.  The

attestation is false and designed to mislead the consuming public.

63.    The Defendant's CSTT enterprise (each of them) acted in his personal and professional

capacities to publish claims they knew to be false, such claims as to a "Truth Engine" were

false.

64.    Every CrowdSource The Truth video podcast placed on publicly available social media

(YouTube, Twitter, FaceBook, Periscope, Bit-Chute, etc.) contains a solicitation to join the

credit card driven PATREON.COM fan page.  These solicitations are widely disseminated

worldwide to consumers in Indiana.  These social media footprints act as advertisement devices,

or advertising in disguise.  These "teaser" public podcasts entice, lure, and direct the consuming

public to become "patrons" on the PATREON fan page.  (

https://www.patreon.com/crowdsourcethetruth )

65.    These advertisement messages, transported over the Interstate wires, are untrue or

misleading, which is known to the Defendant's CSTT enterprise, or which by the exercise of

reasonable care would have been known, to be untrue or misleading, which were disseminated

as part of a plan or scheme with the intent not to provide truthful representations, truthful

stories, truthful "crowdsourcing", etc.  The Defendant's CSTT enterprise proceeded in reckless disregard of the truth to publish false and misleading information to the consuming public in Indiana.

66.    That the foregoing allegations violate the Lanham Act at 11 U.S.C. § 1125(a). Section 1125(a) which creates two distinct bases for liability: false association, and false advertising. The Plaintiff alleges the Defendant and his CSTT enterprise violated both Lanham Act provisions.

### FIFTH CAUSE OF ACTION

**Violations of the Federal Trade Commission Act, 15 U.S.C. § 45(a) by Defendant**

67.    Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 65, inclusive, as if fully restated herein.

68.    Defendant's M.S.D.I. and 21st Century 3D social media properties (CSTT enterprise) practices as described above constitute deceptive acts or practices in violation of Section 5 of the Federal Trade Commission (FTC) Act, 15 U.S.C. § 45(a).  Indiana consumers have suffered, and will continue to suffer, substantial injury as a result of Defendant and his CSTT enterprise violations of the FTC Act.  In addition, Defendant and his CSTT enterprise has been unjustly enriched as a result of these unlawful acts or practices. Absent injunctive relief by this Court, Defendant and his CSTT enterprise will likely to continue to injure consumers, reap unjust enrichment, and harm the public interest.

69.    Acts or practices of the Defendant and his CSTT enterprise are unfair under Section 5 of the FTC Act as they cause or are likely to cause substantial injury to consumers that consumers cannot reasonably avoid themselves and that is not outweighed by countervailing benefits to consumers or competition. 15 U.S.C. § 45(n).  The Defendant's companies (legal fictions) and

the CSTT enterprise utilized their Agent Goodman, acting in a professional and business capacity, to facilitate these actions.

70.     The CrowdSource The Truth CSTT enterprise acts and/or practices in processing fraudulent and unauthorized transactions to consumers' credit card accounts with the intent to defraud, as described in foregoing paragraphs above, have caused or are likely to cause substantial injury to consumers that is not reasonably avoidable by consumers themselves and that is not outweighed by countervailing benefits to consumers or competition. Such injury is the predictable result of the acts or practices described in the paragraphs above.

71.     Therefore, the CrowdSource The Truth CSTT enterprise s acts or practices, as described above, constitute unfair acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C.§§ 45(a) and 45(n).

## SIXTH CAUSE OF ACTION

### Defamation by Implication – Against Defendants CSTT Enterprise

72.     Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 70, inclusive, as if fully restated herein.

73.     That the CrowdSource The Truth CSTT enterprise was used to publish statements and cause statements to be published that are materially false concerning any cooperation on the part of the George H. Sweigert to assist, participate or collaborate in any scheme related to the German Nazi Party, OPERATION PAPERCLIP or any other affiliation with the Third Reich.

74.     Defendant and his CSTT enterprise (each of them) published discrete facts in such a way that they create a substantially false and defamatory impression by omitting material facts or juxtaposing facts in a misleading way.

75.    Defendant and his CSTT enterprise (each of them) published these discrete facts by innuendo, and that Defendant and his enterprise intended or knew the implications that the public could draw from the allegedly defamatory material.  These statements were published with a reckless disregard to the truth by the Defendant on his enterprise and published with actual malice.  The Defendant's enterprise (each of them) intended to convey a false impression that George H. Sweigert fought in the European Area of Operations, worked with OPERATION PAPERCLIP or was a Nazi sympathizer.

76.    That Defendant and his CSTT enterprise (each of them) published statements capable of interpretation by a reasonable listener as stating "actual facts" about the George H. Sweigert, as opposed to statements of opinion.

### SEVENTH CAUSE OF ACTION

### Vicarious Liability Against Defendant

77.    Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 75, inclusive, as if fully restated herein.

78.     In all of the tortious acts described in this complaint vicarious liability is imposed upon all CrowdSource The Truth CSTT enterprise components (each of them).  There is a direct causal relationship between the tortious conduct of the CrowdSource The Truth CSTT enterprise and the Plaintiff's injuries.  The CrowdSource The Truth CSTT enterprise (each of the components) acted as legal entities, M.S.D.I. / 21st Century 3D and Agent Goodman.  There was actual participation by the sole owner Goodman, using either M.S.D.I. or 21st Century 3D, in the tortuous corporate conduct. The sole owner participated in the wrongdoing and/or authorized such conduct and/or directed that such acts described above be done by his corporate proxies (the Defendant's enterprise, each of them).  Agent Goodman acted dependently in a

manner that serves the interest of the CrowdSource The Truth CSTT enterprise creating a nexus between the Goodman's corporate responsibilities and the offensive acts described in this Complaint.

79.     Although Agent Goodman specifically knew or reasonably should have known that his tortious activity under his control could injure Plaintiff, the CrowdSource the Truth CSTT enterprise and Agent Goodman negligently failed to take or order appropriate action to avoid the harm as part of his official duties, and in his personal capacities, as an agent of M.S.D.I. / 21st Century 3D.  An ordinarily prudent person, knowing what the sole owner of the CrowdSource The Truth CSTT enterprise knew at that time, would not have acted similarly under the circumstances.  Therefore, under the doctrine *respondeat superior* liability is imposed upon M.S.D.I. / 21st Century 3D.

## <u>EIGTH CAUSE OF ACTION</u>

### Unjust Enrichment

80.     Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 78, inclusive, as if fully restated herein.

81.     Defendants have profited from the unauthorized use of the name, image and persona of SSgt. George H. Sweigert.

82.     Defendants have been and continue to be unjustly enriched through their unauthorized publications of George H. Sweigert's name. image, persona.

83.     Defendant's profits are based in whole or in part on the authorized use George H. Sweigert's name, image and persona.

84.     Such enrichment has been in detriment to the Plaintiff.

## NINTH CAUSE OF ACTION

### Action filed under Indiana Crime Victims Act (ICVA)

85.    Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 83, inclusive, as if fully restated herein.

86.    Pursuant to the Indiana Crime Victims Act, Indiana Code § 34-24-3-1, a person that suffers pecuniary loss as a result of a violation of Ind. Code. 35-43 et. seq. may bring a civil action against the person who has caused the loss for treble damages, costs of action and reasonable attorney's fees.

87.    Defendant Goodman has violated the ICVA in the following particulars:

- For "criminal mischief" as expressed in Ind. Code § 35-43-4-2;

- For "conversion" as expressed in Ind. Code § 35-43-4-3;

- For "deception" as expressed in Ind. Code § 35-43-5-3(a)(6) and (9).

88.    Accordingly, Plaintiff is entitled to an award of actual damages as well as statutory treble damages, costs and attorney's fees.

## DAMAGES

89.    Plaintiff seeks damages and equitable relief on behalf of himself, which relief includes, but is not limited to, compensatory and punitive damages, an order enjoining Defendant and his CSTT enterprise (all of them) from the use of the George H. Sweigert's likeness, name and/or persona in social media podcasts, as well as Plaintiff's future reasonable attorneys' fees and expert fees, and any additional relief that this Court determines to be necessary or appropriate to provide complete relief to Plaintiff.

90.    Defendant and his CSTT enterprise (all of them) acts and conduct have caused damage to Plaintiff and Plaintiff is entitled to recover from Defendant and his CSTT enterprise the

damages sustained by Plaintiff as a result of Defendant and his enterprise's wrongful acts in an amount subject to proof at trial.   Plaintiff suffered from fear and confusion, self-doubt, anger, disbelief, shock, gloom, isolation, bewilderment as a direct and in direct of the Defendants enterprise (all of them) actions.

91.    Plaintiff seeks an order of this Court awarding damages, restitution, disgorgement, injunctive and/or declaratory relief and all other relief allowed.

Signed November 11, 2023 (11/11/2023)

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**

It is hereby certified that all attached exhibits are true and accurate copies of the originals.

Signed November 11, 2023 (11/11/2023)

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**