# EXHIBITS

**EXHIBIT ONE**

https://twitter.com/JGoodman_CSTT



**EXHIBIT TWO**

https://twitter.com/GHenryDickface





https://twitter.com/GHenryDickface/status/1702311632486154512



**https://twitter.com/GHenryDickface/status/1519312008390270978**

**EXHIBIT THREE**



https://twitter.com/counterspoliat1



https://twitter.com/cheburashka1964

**EXHIBIT FOUR**



**https://twitter.com/csthetruth**

**EXHIBIT FIVE**



Bedworth Lions Club - Famous Radio Amateurs 'Hams' & Call Signs

The same question that is often asked about Lions Clubs members was recently asked about Amateur Radio li
My reply was let us start of with Heads of State and members of their families, government leaders, members
of disbelief. To counter that here is a list of some famous radio hams & famous station call-signs, the list not b
Contributions are welcome. - Please feel free to copy from this list.

| CALLSIGN | |
|---|---|
| A41AA | Oaboos Bin Asid Al Said - Sultan of Oman |
| N6FUP | Stuart Alden Cook (Stu Cook) - Bass guitar player in American rock band, Creedence Clearwater Revival |
| N6YJA | Bertrand R. Trottier, Jr (Bert.) - The last United States Navy bugler Click this link.  Too much for this list |
| N9FZX | Dr. Paul A. Flaherty - Co-inventor of the Alta Vista Search Engine |
| N9LC | George Sweigert - Inventor of the mobile phone |
| NY6YOS | Priscilla Presley - (Lou Lou Beaulieu) Film star & businesswoman. Was Married to Elvis Presley |
| OD5LE | Emil Lahoud - President of Lebanon |

http://www.bedworthlionsclub.co.uk/abtamfam.htm

## **EXHIBIT SIX**

> George Sweigert (left) an Euclid show off their porta phone. The remote unit allows the user to answer ] up to 400 feet away.
>
> Plain Dealer Pho

range of **Extense**-Phone's simultaneous two-way system now is only 400 feet, Shafer and Sweigert say this may be increased by boosting wattage in the system.

Chromalloy says its Pocket-fone already has a two-mile

Newspaper Article

May 2, 1965        Plain Dealer

40

41