IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
-----------------------------------------------------------------------X

                 D. G. SWEIGERT

                    Plaintiff,

     -against-

            JASON GOODMAN et al
                Defendant.
-----------------------------------------------------------------------X

1:23-cv-01228-JRS-MG

**CERTIFICATE OF SERVICE**

**FILED**

**11/22/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the

MOTION TO STAY PROCEEDINGS FOR INVESTIGATION INTO FRUAD ON THE

COURT via USPS.

    David George Sweigert

    514 Americas Way

    Box Elder SD 57719

                            Dated: New York, New York November 22, 2023

                                             Respectfully submitted,

                                                        Jason Goodman
                                                    Pro Se Defendant
                                     truth@crowdsourcethetruth.org
                                         252 7th Avenue Apt 6s
                                           New York, NY 10001
                                                     347-380-6998