UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br><br>21st Century 3D<br><br>CrowdSource The Truth<br><br>PATREON, INC.<br>*A Delaware Corporation*<br><br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia<br><br>**FILED**<br>**11/22/2023**<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>Roger A.G. Sharpe, Clerk |

**CERTIFICATE OF SERVICE UPON JASON GOODMAN**

The *pro se* Plaintiff (undersigned) files these papers to confirm that a copy of the Amended Complaint and Summons have been sent to Defendant Jason Goodman via electronic mail message. A true and accurate copy is attached. Sworn under penalties of perjury.

Signed November 22, 2023  (11/22/2023)

*/s/ D. Swt/*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1





## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter (CERTIFICATE OF SERVICE) has been sent via electronic mail to:

Jason Goodman, truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Respectfully,     Signed this November 22nd, 2023 (11/22/2023)

*D. Swt*

**D.G. SWEIGERT, PRO SE PLAINTIFF**