AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-CV-01228-JRS-MG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **PATREON, INC.**
was recieved by me on **11/28/2023**:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **amy stoffel**, who is designated by law to accept service of process on behalf of **PATREON, INC.** at **3500 South Dupont Highway, Dover, DE 19901** on **11/28/2023 at 12:08 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

**FILED**
**11/28/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

My fees are $ 0 for travel and $ 145.00 for services, for a total of $ 145.00.

I declare under penalty of perjury that this information is true.

Date:  11/28/2023

*Server's signature*

**Rhianna Cromartie**
*Printed name and title*

**13198 Coastal Hwy**
**Milton, DE 19969**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to amy stoffel who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**



Tracking #: **0118936171**

