| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF INDIANA<br>-----------------------------------------------------------------X<br>D. G. SWEIGERT<br>　　　　　　　Plaintiff,<br>　　　　　-against-<br><br>JASON GOODMAN et al<br>　　　　　　　Defendant<br>-----------------------------------------------------------------X | 1:23-cv-01228-JRS-MG<br><br>**REQUEST FOR**<br>**JUDICIAL NOTICE**<br><br>**FILED**<br>**12/04/2023**<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>Roger A.G. Sharpe, Clerk |

Defendant, Jason Goodman, ("Goodman") by and for himself pro se, respectfully requests the Court take judicial notice of the following related filings pursuant to a standing Order from Judge Valerie Caproni and the Federal Rules of Evidence (F.R.E.) Rule 201 (b)(1) – (2). These rulings and other filings involve the immediate parties.

### INTRODUCTION

1.　In the matter of THE NATIONAL ACADEMY OF TELEVISION ARTS AND SCIENCES, INC. and ACADEMY OF TELEVISION ARTS & SCIENCES, v MULTIMEDIA SYSTEM DESIGN, INC. d/b/a CROWDSOURCE THE TRUTH, ("NATAS v MSDI"), on February 22 2022, judge Valerie Caproni determined that Goodman had willfully violated a Protective Order during litigation and ordered him to file notice in any suit in which he or any company in which he is a majority shareholder is a party until February 22, 2024. **(EXHIBIT A)**

2.　On or around December 22, 2022, Goodman published an investigative exposé titled *The Twitter Coup*, which revealed evidence that gave rise to allegations that Judge Caproni conspired with the plaintiffs in NATAS v MSDI and non-party in that case, David George Sweigert, ("Sweigert") to violate Goodman's rights to a fair trial and equal protection under the law. (*See* https://crowdsourcethetruth.substack.com/p/the-twitter-coup)

3.  On November 28, 2023, Goodman filed a MOTION TO VACATE VOID JUDGEMENTS pursuant to FRCP Rule 60(b)(4) in NATAS v MSDI. The motion provided evidence in support of specific claims that would, pursuant to Rule 60(b)(4), render all of judge Caproni's rulings in the case unenforceable and void. **(EXHIBIT B)**

4.  Judge Caproni disagreed with Goodman's assessment and denied the petition providing no reason and no opinion beyond stating, "Defendant's Rule 60(b) motion to vacate this Court's prior orders is denied as frivolous." (*See NATAS v MSDI* 1:20-cv-07269-VEC-OTW ECF No. 186 Page 73)

5.  On December 4, 2023, Goodman filed a notice of appeal. (*See NATAS v MSDI* 1:20-cv-07269-VEC-OTW ECF No. 189)

Dated: New York, New York December 4, 2023

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998