UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| D.G. SWEIGERT, *Plaintiff* | ) Case No. 1:23-cv-01228-JRS-MG |
| v. | ) |
| JASON GOODMAN, et al, *Defendants* | ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), **Tyler M. Layton**, respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Defendant Patreon, Inc.** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing and currently authorized to practice as an attorney in the following United States court(s) and/or state's highest court(s):

    - State of California (State Bar No. 288383) (2013);

    - United States District Court, Northern District of California (2013).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

    3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

    4.  The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

    WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: December 7, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Tyler M. Layton
　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　Tyler M. Layton
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　Patreon, Inc.

　　　　　　　　　　　　　　　　　　　　　600 Townsend St., Ste. 500
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94132

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| D.G. SWEIGERT,  )  | Case No. 1:23-cv-01228-JRS-MG |
| Plaintiff  )   | |
|  )  | |
| v.  )  | |
|  )  | |
| JASON GOODMAN, et al,  )  | |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Tyler M. Layton** counsel for **Defendant, Patreon, Inc.** for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

> **Tyler M. Layton**
> **Patreon, Inc.**
> **600 Townsend Street, Suite 500**
> **San Francisco, CA 94103**
> **tyler@patreon.com**

Distribution list:

To all registered counsel by CM/ECF