# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

**FILED**

**12/06/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| **D. G. Sweigert,**<br>**Plaintiff**<br><br>-against-<br><br>**Jason Goodman,**<br><br>**21ˢᵗ Century 3D**<br><br>**CrowdSource The Truth**<br><br>**PATREON, INC.**<br>*A Delaware Corporation*<br><br>**Defendants** | **PRO SE**<br><br>**1:23-cv-01228-JRS-MG**<br><br>**Judge James R. Sweeney II**<br><br>**Magistrate Judge Mario Garcia** |

## CERTIFICATE OF SERVICE

It is hereby affirmed that on December 7ᵗʰ, 2023 the following document:

- **PLAINTIFF'S OPPOSITION**

Were mailed via the U.S. Post Office to: Jason Goodman, 252 7ᵗʰ Avenue, New York, N.Y. 10001

Signed December 7, 2023 (12/7/2023)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**