UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| D.G. SWEIGERT, <br> Plaintiff | ) <br> ) <br> ) | Case No. 1:23-cv-01228-JRS-MG |
| v. | ) <br> ) | |
| JASON GOODMAN, et al, | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Tyler M. Layton** counsel for **Defendant, Patreon, Inc.** for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

>Tyler M. Layton
>Patreon, Inc.
>600 Townsend Street, Suite 500
>San Francisco, CA 94103
>tyler@patreon.com

Date: 12/8/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF