Case 1:24-cv-02203-JGK-VF   Document 38   Filed 12/13/23   Page 1 of 1

FILED
12/13/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br><br>21st Century 3D<br><br>CrowdSource The Truth<br><br>PATREON, INC.<br>*A Delaware Corporation*<br><br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia |

**PLAINTIFF'S NOTICE OF EXTENSION OF TIME TO FILE ANSWER PURSUANT TO L.R. B-7006-1**

**MAY IT PLEASE THE COURT**, the *pro se* Plaintiff extends the time for the Defendant Patreon, Inc. to file an ANSWER to the Amended Complaint (ECF no. 13, 11/11/2023) until January 2, 2024.  The Plaintiff opposes any dates past 1/2/2024.

Signed December 13, 2023 (12/13/2023)

*D. Swt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1