UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert, <br> Plaintiff <br><br> -against- <br><br> Jason Goodman, <br><br> 21st Century 3D <br><br> CrowdSource The Truth <br><br> PATREON, INC. <br> *A Delaware Corporation* <br><br> Defendants | PRO SE <br><br> 1:23-cv-01228-JRS-MG <br><br> Judge James R. Sweeney II <br><br> Magistrate Judge Mario Garcia |

**CERTIFICATE OF SERVICE**

It is hereby affirmed that on December 13th, 2023 the following document:

**PLAINTIFF'S NOTICE OF EXTENSION OF TIME TO FILE ANSWER**

Was mailed via the U.S. Post Office to: Jason Goodman, 252 7th Avenue, New York, N.Y. 10001.

Signed December 13, 2023 (12/13/2023)

*D. Swt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1