**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| D.G. SWEIGERT,<br>*Plaintiff* | ) Case No. 1:23-cv-01228-JRS-MG<br>)<br>) |
| v. | )<br>)<br>) |
| JASON GOODMAN, *et al,*<br>*Defendants* | )<br>)<br>)<br>) |

**STIPULATION TO EXTEND DEFENDANT PATREON INC.'S RESPONSIVE
PLEADING DEADLINE**

IT IS HEREBY STIPULATED by and between the parties, Plaintiff *pro se* D.G.

SWEIGERT ("Plaintiff") and Defendant PATREON, INC. ("Defendant") as follows:

WHEREAS, Plaintiff filed this action on July 12, 2023;

WHEREAS, Plaintiff amended the complaint to name Patreon, Inc. as a Defendant on

November 11, 2023;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on November

28, 2023;

WHEREAS, the parties have entered into one prior stipulation to extend Defendant's

responsive pleading deadline from December 19, 2023, to January 2, 2024;

WHEREAS, the parties agree that good cause exists to further extend Defendant's

responsive pleading deadline in order to accommodate the parties' schedules, provide Defendant

adequate time to investigate Plaintiff's claims, and also to provide the parties adequate time to

explore possible settlement.

IT IS HEREBY STIPULATED by and between the partiesthat Defendant's responsive

pleading is now due on or before **February 2, 2024**.

Dated: December 19, 2023                          Respectfully submitted,

                                                  *Tyler Layton*

                                                  99FF3762D76629C88C23FA4F07DC896B     contract**works**.

                                                  Tyler M. Layton
                                                  Attorney for Defendant
                                                  Patreon, Inc.

                                                  600 Townsend St., Ste. 500
                                                  San Francisco, CA 94132
                                                  tyler@patreon.com

Dated: __12/19/2023__                             Respectfully submitted,

                                                  *D.G. Sweigert*

                                                  85858040B99A7C4CAB8F3CCF4A9343B6     contract**works**.

                                                  D.G. Sweigert
                                                  Plaintiff *pro se*

                                                  PMB 13339
                                                  514 Americas Way
                                                  Box Elder, SD 57719

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| D.G. SWEIGERT, | ) | Case No. 1:23-cv-01228-JRS-MG |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JASON GOODMAN, *et al*, | ) | |
| *Defendants* | ) | |
| | ) | |

## PROPOSED ORDER

Upon consideration of the parties' Stipulation to Extend Defendant Patreon Inc.'s

Responsive Pleading Deadline, the Court hereby ORDERS as follows:

Defendant Patreon, Inc.'s responsive pleading to Plaintiff D.G. Sweigert's Amended

Complaint for Damages, filed November 11, 2023 (Dkt. No. 13), shall be filed on or before

**February 2, 2024**.

SO ORDERED.


Dated: _____        Signed: _____

                                               The Honorable Magistrate Judge
                                               Mario Garcia