UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| D.G. SWEIGERT, *Plaintiff* | ) Case No. 1:23-cv-01228-JRS-MG ) ) |
| v. | ) ) |
| JASON GOODMAN, *et al*, *Defendants* | ) ) ) |

## ORDER

Upon consideration of the parties' Stipulations to Extend Defendant Patreon Inc.'s Responsive Pleading Deadlines (Dkts. 37 & 39) the Court hereby ORDERS as follows:

Defendant Patreon, Inc.'s responsive pleading to Plaintiff D.G. Sweigert's Amended Complaint for Damages, filed November 11, 2023 (Dkt. No. 13), shall be filed on or before **February 2, 2024**.

SO ORDERED.

Date: 1/2/2024

*[signature]*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record

Via U.S. Mail:
D.G. SWEIGERT
514 Americas Way
Box Elder, SD 57719

JASON GOODMAN
252 7th Avenue Apt 6s
New York, NY 10001