Case 1:24-cv-02203-JGK-VF   Document 42   Filed 01/07/24   Page 1 of 2

FILED
01/07/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br><br>PATREON, INC.<br><br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia |

**PLAINTIFF'S THIRD REQUEST FOR JUDICIAL NOTICE
PURSUANT TO F.R.E. 201 (b)**

In light of Defendant Goodman's docketing of his motion papers in the U.S. District Court for the Western District of Louisiana in which he references this instant action, the *pro se* Plaintiff (undersigned) attaches truthful and accurate copies of relevant judicial orders for this Court's consideration. These judicial orders represent adjudicated facts. The Plaintiff requests that this Court take notice of the orders themselves pursuant to Federal Rules of Evidence (F.R.E.) Rule 201 (b)(1) – (2). These adjudicative findings involve the immediate parties.

Sworn under penalties of perjury.  Signed January 8, 2024

*/s/ D. Swgt/*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719**

1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**ROBERT F KENNEDY JR ET AL**     **CASE NO.  3:23-CV-00381**

**VERSUS**    **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**    **MAG. JUDGE KAYLA D. MCCLUSKY**

### NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion to Intervene filed on January 03, 2024 by Jason Goodman was DEFICIENT for the following reason(s):

- ✓ A motion for leave to file must be accompanied by the proposed pleading. The court will not act on such a motion without reviewing the document sought to be filed. Please refer to LR 7.6 for more information.

    The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.