**FILED**

**01/07/2024**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |
|---|---|
| **D. G. Sweigert,**<br>**Plaintiff**<br><br>-against-<br><br>**Jason Goodman,**<br><br>**21ˢᵗ Century 3D**<br><br>**CrowdSource The Truth**<br><br>**PATREON, INC.**<br>*A Delaware Corporation*<br><br>**Defendants** | PRO SE<br><br>**1:23-cv-01228-JRS-MG**<br><br>**Judge James R. Sweeney II**<br><br>**Magistrate Judge Mario Garcia** |

### CERTIFICATE OF SERVICES

Copy of the PLAINTIFF'S THIRD REQUEST FOR JUDICIAL NOTICE PURSUANT TO
F.R.E. 201 (b) has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7ᵗʰ Avenue,
New York, N.Y. 10001.


PATREON is served by ECF notification.


Signed January 8, 2024 (1/08/2024)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

1