UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br><br>21st Century 3D<br><br>CrowdSource The Truth<br><br>PATREON, INC.<br>*A Delaware Corporation*<br><br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia<br><br>**FILED**<br>**01/20/2024**<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>Roger A.G. Sharpe, Clerk |

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Pursuant to *Dzikunoo v. McGaw YMCA*, 39 F.3d 166 (7th Cir. 1994) the *pro se* Plaintiff files an appeal of the decision entered on 1/19/2024 known as ECF no. 45.

Signed January 19, 2024 (1/19/2024)

*D. Swgt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1