# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 22, 2024

**To:**    Roger A. G. Sharpe
           District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-1091
>
> Caption:
> D. G. SWEIGERT,
>           Plaintiff - Appellant
>
> v.
>
> JASON GOODMAN, et al.,
>           Defendants - Appellees
>
> District Court No: 1:23-cv-01228-MG
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge James R. Sweeney, II
> Date NOA filed in District Court: 01/20/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)