AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-01228-JRS-MG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Jason Goodman**
was recieved by me on  **1/02/2024:**

> **FILED**
> **01/25/2024**
> U.S. DISTRICT COURT
> SOUTHERN DISTRICT OF INDIANA
> Roger A.G. Sharpe, Clerk

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **Moved** after attempting service at **252 7th Ave APT 6-S, New York, NY 10001**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   01/22/2024

*Server's signature*

**Stephen Theus**
*Printed name and title*

**26 Court Street
Suite 1812
BROOKLYN, NY 11242**

*Server's address*

Additional information regarding attempted service, etc:

**1/8/2024 5:13 PM: There was no answer at the address.
1/16/2024 3:20 PM: There was no answer at the address.
1/22/2024 5:45 PM: I spoke with an individual who identified themselves as the doorman and they stated subject moved.
1/22/2024 5:45 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved.**



Tracking #: **0122766431**

