| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF INDIANA<br>-------------------------------------------------------------------X<br>D. G. SWEIGERT<br><br>        Plaintiff,<br>-against-<br><br>JASON GOODMAN et al<br>        Defendant.<br>-------------------------------------------------------------------X | 1:23-cv-01228-JRS-MG<br><br>**NOTICE OF ERRATA AND CORRECTIONS**<br><br>**FILED**<br>**01/28/2024**<br>**U.S. DISTRICT COURT**<br>**SOUTHERN DISTRICT OF INDIANA**<br>**Roger A.G. Sharpe, Clerk** |

PLEASE TAKE NOTICE Defendant, Jason Goodman ("Goodman"), hereby informs the Court of an error identified in the Request for Judicial Notice filed January 26, 2024, via pro se temporary e-filing.

Paragraph 9 on page 2 incorrectly cited the third exhibit as, **(EXHIBIT B)**

The correct exhibit is attached hereto as, **(EXHIBIT C)**

Dated: New York, New York January 28, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998