UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br><br>PATREON, INC.<br>*A Delaware Corporation*<br><br>**Defendants** | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia<br><br>**FILED**<br>**01/26/2024**<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>Roger A.G. Sharpe, Clerk |

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE
PURSUANT TO F.R.E. 201 (b)**

In light of Defendant Goodman's docketing of his motion papers at ECF no. 51, the *pro se* Plaintiff (undersigned) attaches truthful and accurate copies of relevant judicial orders for this Court's consideration. These judicial orders represent adjudicated facts. The Plaintiff requests that this Court take notice of the orders themselves pursuant to Federal Rules of Evidence (F.R.E.) Rule 201 (b)(1) – (2). These adjudicative findings involve the immediate parties.

Sworn under penalties of perjury. Signed January 26, 2024.

*[signature: D. Swt]*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1