

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br><br>PATREON, INC.<br>*A Delaware Corporation*<br><br>**Defendants** | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia |

### NOTICE OF CORRECTION

**TO THE CLERK,** the following documents have been filed by Defendant Jason Goodman and NOT Plaintiff D.G. Sweigert as listed on the docket. **ECF no. 52, 53**

Signed January 31, 2024 (1/31/2024)

**D. G. SWEIGERT PRO SE PLAINTIFF**

Copy of this NOTICE has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th Avenue, Penthouse S6, New York, N.Y. 10001 on January 31, 2024.

Signed January 31, 2024 (1/31/2024)

        **D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
        **PMB 13339, 514 Americas Way,**
        **Box Elder, SD 57719**