# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

**FILED**

01/31/2024

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| D. G. Sweigert,<br>**Plaintiff**<br><br>-against-<br><br>**Jason Goodman,**<br><br>**PATREON, INC.**<br>*A Delaware Corporation*<br><br>**Defendants** | **PRO SE**<br><br>**1:23-cv-01228-JRS-MG**<br><br>**Judge James R. Sweeney I**<br><br>**Magistrate Judge Mario Gar** |

Acknowledged.
Clerk is directed to
updated docket text.
JRS, DJ, 2/1/2024.

Distribution to all counsel
of record via CM/ECF and
by US Mail to:

D.G. Sweigert
514 Americas Way
Box Elder, SD 55719

Jason Goodman
252 7th Avenue Apt. 6s
New York, NY 10001

## NOTICE OF CORRECTION

**TO THE CLERK,** the following documents have been filed by Defendant Jason Goodman and

**NOT** Plaintiff D.G. Sweigert as listed on the docket. **ECF no. 52, 53**


Signed January 31, 2024 (1/31/2024)

**D. G. SWEIGERT PRO SE PLAINTIFF**


Copy of this NOTICE has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th

Avenue, Penthouse S6, New York, N.Y. 10001 on January 31, 2024.


Signed January 31, 2024 (1/31/2024)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

1