FILED
02/03/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br><br>-against-<br><br>Jason Goodman,<br><br>PATREON, INC.<br>*A Delaware Corporation*<br><br>**Defendants** | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia |

## NOTICE TO THE CLERK

**TO THE CLERK,** the attached document has been filed by the *pro se* Plaintiff with the U.S. Court of Appeals for the Seventh Circuit.

Signed February 2, 2024 (2/2/2024)

*/s/ D. Sgt/*   **D. G. SWEIGERT PRO SE PLAINTIFF**

Copy of this NOTICE has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th Avenue, Penthouse S6, New York, N.Y. 10001 on February 2, 2024.

Signed February 2, 2024 (2/2/2024)

*/s/ D. Sgt/*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

1

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **D. G. Sweigert,** <br> **Plaintiff** <br><br> -against- <br><br> **Jason Goodman,** <br> dba <br> **21st Century 3D** <br> dba <br> **CrowdSource The Truth** | No. 24-1091 <br><br> Original case: <br><br> 1:23-cv-01228-JRS-MG <br><br> Judge James R. Sweeney II |

JURISDICTIONAL MEMORANDUM

**THE PRO SE PLAINTIFF/APPELLANT HEREBY MOTIONS FOR VOLUNTARY DISMISSAL** pursuant to Fed. R. App. P. 42(b).

Signed February 2, 2024

*D. Swt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1