# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 5, 2024

*By the Court*:

| | |
|---|---|
| No. 24-1091 | D. G. SWEIGERT,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>JASON GOODMAN, et al.,<br>　　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-01228-MG<br>Southern District of Indiana, Indianapolis Division<br>District Judge James R. Sweeney, II | |

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL**, filed on February 5, 2024, by the pro se appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**　　(form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

February 5, 2024

To:  Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| No. 24-1091 | D. G. SWEIGERT,<br>　　　Plaintiff - Appellant<br><br>v.<br><br>JASON GOODMAN, et al.,<br>　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:23-cv-01228-MG<br>Southern District of Indiana, Indianapolis Division<br>District Judge James R. Sweeney, II ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                          F.R.A.P. 42(b)

STATUS OF THE RECORD:                  no record to be returned

form name: **c7_Mandate**   (form ID: **135**)