Case 1:23-cv-01228-JRS-MG   Document 14   Filed 11/18/23   Page 1 of 2 PageID #: 157

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
11/18/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

D. G. Sweigert

*Plaintiff(s)*

v.   Civil Action No. 23-cv-01228-JRS-MG

JASON GOODMAN
dba 21st Century 3
dba CrowdSource The

*Defendant(s)*

**To:** *(Defendant's name and address)*

JAS
252
New

**Document Properties**

| Description | Security | Fonts | Initial View | Custom | Advanced |

Description
File: 014.pdf
Title:
Author:
Subject:
Keywords:

Created: 11/20/23, 2:58:05 PM        Additional Metadata...
Modified: 11/21/23, 11:34:10 AM
Application:

Advanced
PDF Producer:  iText® 7.1.6 ©2000-2019 iText Group NV (Administrative Office of the United
PDF Version:   1.7 (Acrobat 8.x)
Location:      /Users/jasongoodman/Documents/D George Sweigert v Goodman/Indiana/Pac...
File Size:     60.69 KB (62,147 Bytes)
Page Size:     8.50 x 11.00 in         Number of Pages: 2
Tagged PDF:    No                      Fast Web View: No

Help                                           Cancel    OK

A lawsuit has been filed ag

Within 21 days after service
are the United States or a United St
P. 12 (a)(2) or (3) — you must serv
the Federal Rules of Civil Procedur
whose name and address are:

D.G.
PMB
514
Box

If you fail to respond, judg
You also must file your answer or m

CLERK OF COURT

Date: _____        _____
                                    *Signature of Clerk or Deputy Clerk*

Case 1:23-cv-01228-JRS-MG    Document 15    Filed 11/18/23    Page 1 of 2 PageID #: 159

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

**FILED**
**11/18/2023**
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
Roger A.G. Sharpe, Clerk

D. G. Sweigert )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 23-cv-01228-JRS-MG
)
PATREON, INC. )
A Delaware Corporat... )

*Defendant(s)*

**Document Properties**

Description | Security | Fonts | Initial View | Custom | Advanced

**Description**
File: 015.pdf
Title:
Author:
Subject:
Keywords:

Created: 11/20/23, 2:56:57 PM
Modified: 11/21/23, 11:34:18 AM
Application:

**Advanced**
PDF Producer: iText® 7.1.6 ©2000-2019 iText Group NV (Administrative Office of the United
PDF Version: 1.7 (Acrobat 8.x)
Location: /Users/jasongoodman/Documents/D George Sweigert v Goodman/Indiana/Pac...
File Size: 60.97 KB (62,435 Bytes)
Page Size: 8.50 x 11.00 in      Number of Pages: 2
Tagged PDF: No                  Fast Web View: No

Additional Metadata...

Help                                          Cancel    OK

To: *(Defendant's name and address)* PAT...
INCO...
3500...
DOV...

A lawsuit has been filed aga...

Within 21 days after service...
are the United States or a United Sta...
P. 12 (a)(2) or (3) — you must serve...
the Federal Rules of Civil Procedure...
whose name and address are:

D.G. ...
PMB ...
514 ...
Box ...

If you fail to respond, judgm...
You also must file your answer or m...

CLERK OF COURT

Date: _____         _____
                                      *Signature of Clerk or Deputy Clerk*