IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
-------------------------------------------------------------------X
                    D. G. SWEIGERT

                          Plaintiff,

      -against-

              JASON GOODMAN et al
                      Defendant.
-------------------------------------------------------------------X

1:23-cv-01228-JRS-MG

**CERTIFICATE OF SERVICE**

**FILED**
**02/06/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the Motion for Contempt via USPS and to counsel for Defendant Patron via email.

To Plaintiff at:

David George Sweigert

514 Americas Way

Box Elder SD 57719


To Counsel for Defendant Patreon at:

tyler@patreon.com


Dated: New York, New York February 6, 2024

Respectfully submitted,

*[signature]*

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE                                                                   1