IN THE UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF INDIANA  

1:23-cv-01228-JRS-MG

-----------------------------------------------------------------X

D. G. SWEIGERT

                      Plaintiff,

-against-

JASON GOODMAN et al  
                    Defendant.

-----------------------------------------------------------------X

**NOTICE OF MOTION SEEKING LEAVE TO FILE A COUNTERCLAIM**

FILED  
02/09/2024  
U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF INDIANA  
Roger A.G. Sharpe, Clerk

PLEASE TAKE NOTICE, defendant-counterclaimant Jason Goodman, ("Goodman") by and for himself pro se, respectfully moves the Court for an order granting leave to file a counterclaim pursuant to FRCP Rule 13(b).

Goodman is unable to seek consent from the plaintiff. For the past seven years, plaintiff David George Sweigert has consistently refused to engage in telephonic communications intended to move the ongoing dispute toward resolution. Additionally, the plaintiff has abused email communication by including malicious software intended to track Goodman's behavior and report back without Goodman's knowledge or consent. Plaintiff's intractable refusal to cooperate in any way has been consistent over the seven-year history of his ongoing, self-manifested disputes with Goodman. There is no reason to believe he would cooperate with any request for consent to file anything and in fact, such a request would be likely to trigger a counteraction to the legitimate efforts of the defendant-counterclaimant.

Dated: New York, New York February 9, 2024

Respectfully submitted,

Jason Goodman  
Pro Se Defendant  
truth@crowdsourcethetruth.org  
252 7th Avenue Apt 6s  
New York, NY 10001  
347-380-6998

NOTICE OF MOTION SEEKING LEAVE TO FILE A COUNTERCLAIM    1