1:23-cv-01228-JRS-MG

**EXHIBIT A**

> **FILED**
> **02/09/2024**
> **U.S. DISTRICT COURT**
> **SOUTHERN DISTRICT OF INDIANA**
> **Roger A.G. Sharpe, Clerk**

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

January 26, 2024

Gorka Garcia-Malene
National Institute of Health
Building 1, Room 344
1 Center Drive, MSC 0188
Bethesda, MD 20892-0188

SUBJ:     **Place in your permanent files**

Dear Madam,

Enclosed is the recent legal filing of domestic terrorist Jason Goodman who has a history of violence as depicted on numerous YouTube videos.

Use caution in dealing with this man, believed to be suffering from acute narcissistic personality disorder (see Arlington, Virginia protection order).

Best,

*/s/ D. Sweigert/*

D.G. Sweigert

Copies provided:

**ALPHABET, INC.**
**251 Little Falls Drive,**
**City of Wilmington,**
**County of New Castle,**
**Delaware 19808**

YouTuber Jason Goodman
account **@IamJohnCullen**
21st Century 3D
252 7th Avenue, Apt. 6S
New York, NY 10001

Catherine O'Hagan Wolfe
Clerk of the Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Case 1:21-cv-10878-AT-JLC Goodman v Bouzy et al
Motion Status Notice Pursuant to Case 23-1100, Document 46

January 16, 2024

Dear Ms. Wolfe,

  I, Jason Goodman, pro se Plaintiff-Counter-Defendant-Appellant respectfully submit this letter motion by and for myself to provide a District Court status update as ordered. Since the last status update, the following has transpired:

  As previously noted, on December 12, 2023, I filed an Objection to the Report and Recommendation and Motion to Vacate Referral to Magistrate Judge that was entered on the docket on December 13, 2023, (Dkt. 272).

  On December 12, 2023, defendant David George Sweigert, ("Sweigert") filed a Notice of Opposition to Report and Recommendation. (Dkt. 271)

  On December 14, 2023, defendants Christopher Bouzy, Bot Sentinel Inc., Seth Berlin, and Maxwell Mishkin filed a vacuous Response to Plaintiff's Objection to Magistrate Judge Cott's Report and Recommendation and Plaintiff's Motion to Vacate Referral, (Dkt. 273) which contained no substantial facts or arguments and merely rested on previous falsehoods spewed by defendants who mocked this process and thumbed their noses at this Court for months.

  On December 14, 2023, defendant Sweigert filed a Notice of Amendment to Opposition to Report and Recommendation. (Dkt. 274)

  On January 6, 2024, Defendant Sweigert filed a letter motion (Dkt. 275) alerting the Court that I filed a motion to intervene in *Robert F. Kennedy Jr. et al v Joseph R. Biden et al.*

1

The Kennedy case seeks to enjoin government agencies and their employees from communicating with social media companies to censor American citizens' free speech online in precisely the way I allege defendant Benjamin Wittes and his coconspirators have utilized Bouzy, Bot Sentinel and Sweigert. Sweigert is implicated in the motion to intervene as a contract employee of the U.S. government, *(fig. 1)* working for the National Institutes of Health ("NIH") with the express goal of violating my first amendment rights by abusing civil litigation to inter alia, circumvent orders of the U.S. District Court for the Western District of Louisiana and the Fifth Circuit Appellate Court and to further coerce social media companies compelling them to terminate my accounts just as I allege he and the other defendants in this case have.

This broad conspiracy between U.S. Government agencies, their employees and non-profit organizations including defendant National Academy of Television Arts and Sciences and other named defendants has been identified by plaintiffs other than me and including bar member and presidential candidate Robert F. Kennedy Jr.

My well-founded claims of conspiracy can no longer be dismissed and must be addressed properly and thoughtfully by this Court. Efforts to prevent me from filing additional civil action against any of these defendants are transparent attempts to deny my rights to access the courts and serves only to prevent these defendants from being held accountable for their actions. Defendants must be compelled to adhere to the law if justice is to be properly served in this action.

Respectfully submitted,

Jason Goodman

2

**EXHIBIT B**

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

January 29, 2024

Gorka Garcia-Malene
National Institute of Health
Building 1, Room 344
1 Center Drive, MSC 0188
Bethesda, MD 20892-0188

SUBJ:   Place in your permanent files

Dear Madam,

Jason Goodman continues to disseminate misinformation, disinformation and malformation concerning the intentional spread of bird flu by government agencies.



https://www.youtube.com/watch?v=y8Lo9j5j4AA&t=649s

Use caution in dealing with this man, believed to be suffering from acute narcissistic personality disorder (see Arlington, Virginia protection order). He also claims to be a close friend of Congressman James Comer (believed to be a boast).

Best,

D. Sngt

D.G. Sweigert

Copies provided:

**ALPHABET, INC.**
**251 Little Falls Drive,**
**City of Wilmington,**
**County of New Castle,**
**Delaware 19808**

**Cong. James Comer**
**67 North Main Street**
**Madisonville, KY  42431**

**YouTuber Jason Goodman**
**account @IamJohnCullen**
**21st Century 3D**
**252 7th Avenue, Apt. 6S**
**New York, NY 10001**