IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

1:23-cv-01228-JRS-MG

-------------------------------------------------------------------X

D. G. SWEIGERT

**CERTIFICATE OF SERVICE**

Plaintiff,

-against-

JASON GOODMAN et al
Defendant.

-------------------------------------------------------------------X

<div style="border: 2px solid red;">

**FILED**

**02/09/2024**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

</div>

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of

the Motion to file a counterclaim via USPS and to counsel for Defendant Patron via email.

To Plaintiff at:

David George Sweigert

514 Americas Way

Box Elder SD 57719


To Counsel for Defendant Patreon at:

tyler@patreon.com


Dated: New York, New York February 9, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE

1