FILED
02/12/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| D. G. Sweigert,<br>Plaintiff<br>        -against-<br>Jason Goodman,<br><br>PATREON, INC.<br><br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II<br><br>Magistrate Judge Mario Garcia |
|---|---|

### PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
### PURSUANT TO F.R.E. 201 (b)

In light of Defendant Goodman's docketing of his motion papers at ECF no. 65, 66, 67, 68, 69, the *pro se* Plaintiff (undersigned) attaches truthful and accurate copies of relevant judicial orders for this Court's consideration.  The Plaintiff requests that this Court take notice of the orders themselves pursuant to Federal Rules of Evidence (F.R.E.) Rule 201 (b)(1) – (2).  Sworn under penalties of perjury.  Signed February 12, 2024 (2/12/2024)

*[signature]*

                                           **D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
                                                              **PMB 13339, 514 Americas Way,**
                                                                      **Box Elder, SD 57719**

### CERTIFICATE OF SERVICE

Copy of this pleading has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th Avenue, New York, N.Y. 10001 on February 12, 2024. Signed February 12, 2024 (2/12/2024).

*[signature]*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339, 514 Americas Way, Box Elder, SD 57719**