| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF INDIANA<br>-----------------------------------------------------------------------X<br>D. G. SWEIGERT<br><br>Plaintiff,<br>-against-<br><br>JASON GOODMAN et al<br>Defendant.<br>-----------------------------------------------------------------------X | 1:23-cv-01228-JRS-MG<br><br>**REQUEST FOR**<br>**JUDICIAL NOTICE**<br><br>**FILED**<br>**02/15/2024**<br>**U.S. DISTRICT COURT**<br>**SOUTHERN DISTRICT OF INDIANA**<br>**Roger A.G. Sharpe, Clerk** |

Defendant, Jason Goodman ("Goodman"), by and for himself pro se, respectfully requests the Court take notice of a related filing in related litigation pursuant to Federal Rules of Evidence (F.R.E.) Rule 201 (b)(2) and (c)(2). Defendant Goodman has filed a motion seeking leave to change the venue of Sweigert v Goodman (Cases 1:23-cv-05875-JGK and 1:23-cv-06881-JGK) to the Southern District of Indiana. The motion is attached hereto as **(EXHIBIT A)**.

Dated: New York, New York February 15, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

REQUEST FOR JUDICIAL NOTICE                                                                                                   1