UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| D.G. SWEIGERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01228-JRS-MG |
| | ) | |
| JASON GOODMAN, | ) | |
| 21ST CENTURY 3D, | ) | |
| CROWDSOURCE THE TRUTH, | ) | |
| PATREON, INC. A Delaware Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

This matter is scheduled for a telephonic status conference on **Thursday, March 7, 2024 at 11:30 a.m. (Eastern)** to discuss case status. Parties shall attend the status conference by calling **(571) 353-2301, Guest Meeting ID: 719554099**. If there are technical difficulties the parties are to call chambers at 317-229-3610.

Date: 2/15/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

D.G. SWEIGERT
514 Americas Way
Box Elder, SD 57719

JASON GOODMAN
252 7th Avenue Apt 6s
New York, NY 10001

Tyler Mitchell Layton
Patreon, Inc.
tyler@patreon.com