```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA                     1:23-cv-01228-JRS-MG
-----------------------------------------------------------------------X
                    D. G. SWEIGERT                        CERTIFICATE OF
                                                          SERVICE
                        Plaintiff,
            -against-

                JASON GOODMAN et al
                        Defendant.
-----------------------------------------------------------------------X
```

**FILED**
**02/15/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the Request for Judicial Notice via USPS and to counsel for Defendant Patron via email.

To Plaintiff at:

David George Sweigert

514 Americas Way

Box Elder SD 57719


To Counsel for Defendant Patreon at:

tyler@patreon.com


Dated: New York, New York February 16, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE                                                    1