IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
-------------------------------------------------------------------X

                D. G. SWEIGERT

                     Plaintiff,

-against-

          JASON GOODMAN et al
                Defendant.
-------------------------------------------------------------------X

1:23-cv-01228-JRS-MG

**CERTIFICATE OF SERVICE**

**FILED**
**02/15/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the Request for Judicial Notice via USPS and to counsel for Defendant Patron via email.

    To Plaintiff at:

    David George Sweigert

    514 Americas Way

    Box Elder SD 57719


    To Counsel for Defendant Patreon at:

    tyler@patreon.com


Dated: New York, New York February 16, 2024

Respectfully submitted,

*Jason Goodman*
Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE          1