Case 1:24-cv-02203-JGK-VF   Document 76   Filed 02/21/24   Page 1 of 1

NIXIE    553 DE 1    0002/13/24

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 47807373829    2083N044165-00838

OFFICIAL BUSINESS



$2.11
US POSTAGE
FIRST-CLASS
062S0009595006
FROM 47807

FILED
FEB 20 2024
U.S. CLERK'S OFFICE

( 1:23-cv-1228 )
D.G. SWEIGERT
514 Americas Way
Box Elder SD 57719