FILED
02/18/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br>         -against-<br>Jason Goodman,<br>PATREON, INC.<br><br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II |

## PLAINTIFF'S REQUEST FOR NON-PUBLIC SCHEDULING CONFERENCE AT ECF NO. 73

NOW COMES THE *PRO SE* PLAINTIFF to request a non-public scheduling conference (Thursday, March 7, 2024 at 11:30 a.m. (Eastern)) due to Defendant Jason Goodman's history of publishing private telephone calls as described below.

1.  In an attempt to disrupt conditions of employment, Defendant Jason Goodman has been distributing on social media a series of videos that David Sweigert of the U.S. National Institute of Health (N.I.H.) is engaged in a clandestine and undercover operations with the Federal Bureau of Investigation to censor Mr. Goodman and destroy his social media channels.

2.  Please see paragraph 9 of Case 1:23-cv-01228-JRS-MG Document 51 Filed 01/26/24:

    *9. On or around October 2023, Goodman learned Sweigert has been employed as a contractor to the National Institutes of Health, ("NIH") since September 2022. (EXHIBIT B)*  [Case 1:23-cv-01228-JRS-MG Document 51 Filed 01/26/24 Page 1 of 4]

3.  To this end, Defendant Goodman has distributed for social media broadcast several videos that identify Mr. Sweigert at the N.I.H., including a video podcast in which Mr. Goodman calls the published office phone of Mr. Sweigert and records the voice mail greeting.

1

4.  Therefore, the *pro se* Plaintiff believes that Mr. Goodman will attempt to make clandestine recordings of the conference proceedings on March 7, 2024 and claim they are of a "public interest" which could be broadcast on the non-public PATREON conspiracy theory channel.



5.



https://twitter.com/JG_CSTT/status/1724843605527777775



https://twitter.com/JG_CSTT/status/1724464902763393054



| | Ghost Town NYC – Is Stupid Faucio World About to be Decimated? |
|---|---|
| | October 24, 2023 |
| | https://www.youtube.com/watch?v=_IvNnEcSe_g&t=530s |
| | 8:44 NIH.gov Mr David Sweigert this is him this is a public web |

Therefore, please arrange for a non-public scheduling conference *in camera*.

Signed February 19, 2024 (2/19/2024).

*D. Swt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

### CERTIFICATE OF SERVICE

A copy of this request has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th Avenue, New York, N.Y. 10001 on February 19, 2024. Signed February 19, 2024 (2/19/2024).

*D. Swt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339, 514
Americas Way, Box Elder, SD 57719