FILED
02/18/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br>       -against-<br>Jason Goodman,<br>PATREON, INC.<br><br>Defendants | PRO SE<br><br>1:23-cv-01228-JRS-MG<br><br>Judge James R. Sweeney II |

### NOTICE OF MISTAKE AND ENTRIES IN ERROR ON DOCKET

The following ECF dockets pleadings were filed by JASON GOODMAN, DEFENDANT and

**NOT** by the Plaintiff.

| | | |
|---|---|---|
| 01/26/2024 | 51 | MOTION for Judicial Notice, filed by ~~Plaintiff D.G. SWEIGERT~~. (Attachments: # 1 Exhibit, # 2 Certificate of Service)(LBT) (Entered: 01/26/2024) |
| 02/06/2024 | 61 | MOTION for Contempt, filed by ~~Plaintiff D.G. SWEIGERT~~. (JSR) (Additional attachment(s) added on 2/7/2024: # 1 Exhibit) (JSR). (Entered: 02/07/2024) |

Signed February 19, 2024 (2/19/2024).

*D. Sgt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

### CERTIFICATE OF SERVICE

Copy of this correction has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th Avenue, New York, N.Y. 10001 on February 19, 2024. Signed February 12, 2024 (2/19/2024).

*D. Sgt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339, 514 Americas Way, Box Elder, SD 57719**