**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

**FILED**

**02/18/2024**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

| | |
|---|---|
| D. G. Sweigert,<br>Plaintiff<br>          **-against-**<br>Jason Goodman,<br>PATREON, INC.<br><br>Defendants | **PRO SE**<br><br>**1:23-cv-01228-JRS-MG**<br><br>**Judge James R. Sweeney II** |

Acknowledged. Clerk is directed to update docket text. JRS, DJ, 2/22/2024.

Distribution to all counsel of record via CM/ECF and by US Mail to:

D.G. Sweigert
514 Americas Way
Box Elder, SD 55719

Jason Goodman
252 7th Avenue Apt. 6s
New York, NY 10001

**NOTICE OF MISTAKE AND ENTRIES IN ERROR ON DOCK**

The following ECF dockets pleadings were filed by JASON GOODMAN, DEFEN

**NOT** by the Plaintiff.

| 01/26/2024 | 51 | MOTION for Judicial Notice, filed by ~~Plaintiff D.G. SWEIGERT~~. (Attachments: # 1 Exhibit, # 2 Certificate of Service)(LBT) (Entered: 01/26/2024) |
|---|---|---|
| 02/06/2024 | 61 | MOTION for Contempt, filed by ~~Plaintiff D.G. SWEIGERT~~. (JSR) (Additional attachment(s) added on 2/7/2024: # 1 Exhibit) (JSR). (Entered: 02/07/2024) |

Signed February 19, 2024 (2/19/2024).

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

**CERTIFICATE OF SERVICE**

Copy of this correction has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th

Avenue, New York, N.Y. 10001 on February 19, 2024. Signed February 12, 2024 (2/19/2024).

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339, 514**
**Americas Way, Box Elder, SD 57719**

1