## UNITED STATES DISTRICT COURT

### Southern District of Indiana

#### Roger A. G. Sharpe

#### Clerk of the Court

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

February 28, 2024

United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street, Room 120
New York, NY 10007

      Re: SWEIGERT v. GOODMAN et al
      Cause Number: 1:23−cv−01228−JRS−MG

To Whom it May Concern:

    Pursuant to an Order dated 2/28/2024, the above file is being transferred to the United States District Court for the Southern District of New York. The case file has been transferred electronically to your court via CM/ECF.

                        Sincerely,

                        Roger A. G. Sharpe

                        By: s/Justin S Roof
                            Justin S Roof, Deputy Clerk

cc: Counsel of record