```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

D.G. SWEIGERT,

                      Plaintiff,

- against -

JASON GOODMAN, ET AL.

                      Defendants.

24-cv-2203 (JGK) (VF)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

_____

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

SO ORDERED.

New York, New York
April 3, 2024

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                      United States District Judge

---

\* Do not check if already referred for general pretrial.