```
THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK            Case 1:24-cv-02203-JGK
-------------------------------------------------------------------X
                    D. G. SWEIGERT
                                                 CERTIFICATE OF
                          Plaintiff,             SERVICE
              -against-

                    JASON GOODMAN
                          Defendant.
-------------------------------------------------------------------X
```

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of motions to dismiss and declare vexatious via USPS to that address below

D. G. SWEIGERT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

Dated: New York, New York November 8, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE                                                          1