UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.G. SWEIGERT,

                Plaintiff,

      - against -

JASON GOODMAN, ET AL.,

                Defendants.

24-cv-2203 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff brought this action on July 12, 2023, in the United States District Court for the Southern District of Indiana. ECF No. 1. On January 19, 2024, the then-operative amended complaint was dismissed without prejudice. ECF No. 45. The plaintiff was given until February 2, 2024, to file a motion to amend. Id. No such motion was filed.

    Instead, the case was transferred to this Court on February 28, 2024. ECF Nos. 83-84. After months of inactivity in this case, on November 16, 2024, the plaintiff requested leave to file a motion to amend. ECF No. 92.

    There is no operative complaint in this case. The time for the plaintiff to move to amend was February 2, 2024. That time has long since passed.

    Accordingly, this case is **dismissed with prejudice.** All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close all pending

motions and to close this case. Any future filings in this case may be stricken pursuant to this Order.

SO ORDERED.

Dated:    New York, New York
          November 22, 2024

                                    _____
                                         John G. Koeltl
                                    United States District Judge