THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                    D. G. SWEIGERT

                           Plaintiff,

         -against-

                   JASON GOODMAN
                      Defendant.
--------------------------------------------------------------------X

Case 1:24-cv-02203-JGK

**CERTIFICATE OF SERVICE**

     It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of motions to dismiss via USPS to that address below

     D. G. SWEIGERT, C/O
     PMB 13339, 514 Americas Way,
     Box Elder, SD 57719

Dated: New York, New York November 29, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998